UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANTHONY LAMAR BARNETT,

    Plaintiff,

-v-                                                  Case No.  8:07-CV-412-T-30TGW

OFFICER MARTIN C. TURNER, et al.,

    Defendants.
_____/

## ORDER

Anthony Barnett, an inmate in the Pinellas County Jail at the time he initiated this suit, asserts that Defendants violated his civil rights pursuant to 42 U.S.C. § 1983. On January 11, 2008, the Court directed Plaintiff to show cause why this case should not be dismissed for lack of prosecution and for failure to comply with the Court's April 19, 2007 Order (Dkt. 5). *See* Local Rule 3.10(a) (M.D. Fla.) (providing that "[w]henever it appears that any case is not being diligently prosecuted the Court may, on motion of any party or on its own motion, enter an order to show cause why the case should not be dismissed, and if no satisfactory cause is shown, the case may be dismissed by the Court for want of prosecution."). Plaintiff was also placed on notice that failure to respond to the order to show cause would result in dismissal of this action without further notice.

On January 22, 2008, the envelope containing Plaintiff's copy of the order to show cause was returned to the Clerk with a stamp which states "Return to Sender" and states that

Plaintiff had moved and left no forwarding address.  Plaintiff is responsible for keeping the Court advised of his address, and failure to do so is grounds for dismissal without further notice.

ACCORDINGLY, the Court **ORDERS** that:

1. Plaintiff's complaint is dismissed without prejudice for failure to prosecute pursuant to Local Rule 3.10(a).

2. The **Clerk of Court** shall terminate any pending motions and close the file.

**DONE** and **ORDERED** in Tampa, Florida on January 25, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copy furnished to:
*Pro Se* Plaintiff

SA: sfc